UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WALTER KING,

                Plaintiff,

  -against-

NEW YORK CITY & THE COMMISSIONER
OF THE "NYC" POLICY DEPARTMENT,
NEW YORK CITY & THE COMMISSIONER
OF THE "NYC" Department of Social Services,

                Defendants.
-----------------------------------------------------------X

JUDGMENT
99-CV- 3300(SJF)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 1 7 2006 ★
P.M. _____
TIME A.M. _____

    An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on January 13, 2006, dismissing the action for plaintiff's failure to file an Amended Complaint; it is

    ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the action is dismissed for failure to file an Amended Complaint.

Dated: Brooklyn, New York
       January 13, 2006

                                                              /s/
                                              ROBERT C. HEINEMANN
                                              Clerk of Court